**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 06-cr-00264-PSF

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  FLINT ENERGY SERVICES, INC. a Delaware corporation; and
**2.  KENNETH L. RAINS**, a/k/a Kenny Rains,

    Defendants.

---

**ORDER RESETTING SENTENCING
OF KENNETH L. RAINS**

---

    This matter comes before the Court on the United States' Motion to Further Delay the Sentencing of Kenneth L. Rains (Dkt. # 24).

    IT IS HEREBY ORDERED THAT the sentencing hearing of Defendant Kenneth L. Rains currently set for January 8, 2007 is RESET to **Friday, March 2, 2007 at 9:00 a.m.** Should any additional continuance be necessary, counsel shall file a motion requesting such continuance <u>at least ten days in advance</u> of March 2, 2007, showing good cause for the request.

    DATED:  December 12, 2006

                                                                   BY THE COURT:

                                                                  *s/ Phillip S. Figa*

                                                                  _____
                                                                  Phillip S. Figa
                                                                   United States District Judge