IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 06-cr-00264-PSF

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. FLINT ENERGY SERVICES, INC. a Delaware corporation; and
2. **KENNETH L. RAINS, a/k/a KENNY RAINS**,

    Defendants.

## ORDER TO RESET SENTENCING OF KENNETH L. RAINS

This matter comes before the Court on the United States' Third Motion to Delay the Sentencing of Kenneth L. Rains (Dkt. # 27).

IT IS HEREBY ORDERED that the current date of March 2, 2007 set for the sentencing of Defendant Kenneth L. Rains is VACATED.

IT IS FURTHER ORDERED that a status conference in this matter is SET for **Tuesday, April 3, 2007 at 8:30 a.m.**, at which time a new sentencing date will be imposed that will not be further continued absent extraordinary circumstances.

    DATED: February 13, 2007

                                        BY THE COURT:

                                        *s/ Phillip S. Figa*

                                        _____
                                        Phillip S. Figa
                                        United States District Judge