**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No.  06-cr-00264-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  KENNETH RAINS,

      Defendant.

## MINUTE ORDER[1]

      Pursuant to the Order of Case Reassignment dated March 22, 2007, which can be found on the court's website under Gen./Adm. Orders, this case has been reassigned to this judge. In reviewing the file, the court notes that this matter had been set for a sentencing hearing, which was vacated due to the unavailability of the Honorable Philip S. Figa. Thus, the sentencing hearing should be re-set.

      **THEREFORE, IT IS ORDERED** that the court shall hold a sentencing hearing on **April 6, 2007**, at 2:30 p.m., in courtroom A701.

Dated: March 23, 2007

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.